

**IN the INTEREST OF: A.R.G., a Minor**

**148 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000710–2016 (Philadelphia)

Affirmed

**IN the INTEREST OF: A.B.G., a Minor**

**149 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000711–2016 (Philadelphia)

Affirmed

**IN the INTEREST OF: N.S., a Minor**

**150 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0001180–2016 (Philadelphia)

Affirmed

**IN The INTEREST OF: F.J.W., a Minor**

**151 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–DP–0002517–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: J.V.S., a Minor**

**335 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000708–2016, CP–51–DP–0002513–2014, FID: 51–FN–002315–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: J.H.G., a Minor**

**339 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000709–2016
CP–51–DP0002516–2014